IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. ORANGE, *on behalf of himself and all others similarly situated*<br>Plaintiff, | : | |
| | : | |
| v. | | |
| | | CIVIL ACTION |
| STARION ENERGY PA, INC; STARION ENERGY PA, INC *i/t/d/b/a* STARION ENERGY; STARION ENERGY PA; STARION ENERGY PA, *i/t/d/b/a* STARION ENERGY; STARION ENERGY INC; STARION ENERGY INC, *i/t/d/b/a* STARION ENERGY<br>Defendants. | :<br><br><br>:<br><br>: | NO. 15-773 |

**<u>ORDER</u>**

AND NOW, this 16th day of March, 2016, it is hereby ORDERED as follows:

(1) Defendant's Consented to Motion for Leave to File Reply Brief is GRANTED and the Reply Brief attached thereto as "Exhibit A" shall be deemed filed as of this day; and,

(2) Defendant's Motion to Dismiss (Doc. No. 28) is GRANTED and the above-captioned matter is DISMISSED with prejudice.

BY THE COURT:

/s/  C. Darnell Jones, II     J.